# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

# JS-6

## CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | SACV 18-01751-AG (DFMx) | Date | December 5, 2019 |
| Title | RandB Wire Products Inc v. Everstrong Commercial Products, LLC et al | | |

Present: The Honorable **ANDREW J. GUILFORD, UNITED STATES DISTRICT JUDGE**

| Melissa Kunig | None Reported | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:** **(IN CHAMBERS) ORDER DISMISSING ACTION WITH PREJUDICE ON STIPULATION TO DISMISS CASE**

The Court, having been advised by the Plaintiff that this action has been resolved by a Stipulation to Dismiss Case [32], hereby orders this action dismissed WITH prejudice. The Court hereby orders all proceedings in the case vacated and taken off calendar.

_____ : _____

Initials of Deputy Clerk    mku